**JS-6**

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, et al.,<br><br>Defendants. | CASE NO.: 8:18-cv-2213 AG (KESx)<br>[Assigned to Judge Andrew J. Guilford]<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Trial Date: 02/11/20 |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant on March 4, 2019 be entered as a matter of record and the case be hereby dismissed.

DATED: March 7, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

-1-
_____
**ORDER RE STIPULATION OF DISMISSAL**